UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-157-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SAINTE DEON ROBINSON | ) |

**ORDER RE: MOTION REQUESTING TELEPHONIC STATUS CONFERENCE**

UPON MOTION by the United States of America for an Order requesting a telephonic status conference, the motion is hereby GRANTED and

IT IS ORDERED that the parties shall contact the Court on June 5, 2018 at 11:00 am. The call-in number is 919 6456561.

SO ORDERED, this 4 day of June, 2018.

TERRENCE W. BOYLE
United States District Judge