IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-157-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SAINTE DEON ROBINSON | ) | |

This matter came before the undersigned on June 5, 2018, at 11:00 a.m. for telephonic status conference. Counsel for the United States and defendant, pro se, appeared. Defendant is ORDERED to either retain counsel who shall file a notice of appearance or file an affidavit of indigency to determine whether appointment of counsel is appropriate not later than Friday, June 8, 2018. Should defendant fail to comply with the terms of this order this matter will proceed against him pro se.

SO ORDERED, this ___5___ day of June, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE